UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**AMY LEONARD,**

       **Plaintiff,**

v.                                                   Case No: 6:17-cv-1171-Orl-41GJK

**ATLANTIC SURGERY & LASER
CENTER, LLC, FREDERICK HO, M.D.,
P.A. and K. FREDERICK HO,**

       **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Amended Joint Motion for Approval of Settlement ("Motion," Doc. 19). United States Magistrate Judge Gregory J. Kelly issued a Report and Recommendation (Doc. 20), in which he recommends granting the Motion. After a *de novo* review, and noting that no objections were timely filed, the Court agrees with the analysis in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Amended Joint Motion for Approval of Settlement (Doc. 19) is **GRANTED**.

3. The Settlement Agreement (Doc. 19-1) is **APPROVED**.

4. This case is **DISMISSED with prejudice**.

5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on October 27, 2017.



Copies furnished to:

Counsel of Record